1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

GOES INTERNATIONAL, AB,

          Plaintiff,

    v.

DODUR, LTD.,

          Defendant.

Case No. 3-14-cv-05666-LB

**ORDER TO AUTHORIZED TRANSCRIBER TO PRODUCE TRANSCRIPT OF FTR RECORD**

On November 25, 2015, a hearing was held in the above-entitled action.     Production of a transcript of the 10:06-10:17 FTR recorded matter for the court is necessary for the resolution of this matter.

    Accordingly, authorized transcriber "Echo Reporting" is directed to prepare the transcript of this proceeding on the following basis:

    ( )  Ordinary (within 30 days @ $3.65 per page).

    ( )  14-Day (within 14 days @ $4.25 per page).

    ( )  Expedited (within 7 days @ $4.85 per page).

    (X)  Daily (overnight @ $6.05 per page).

1     ( )  Hourly (within 2 hrs @ $7.25 per page).

2          Therefore, the Clerk is directed to pay said reporter the cost of preparing the transcript at

3     the rate indicated above, and in accordance with the requirements of the Judicial Conference of the

4     United States, as set forth in the Guide to Judiciary Policies and Procedures.

5

6          **IT IS SO ORDERED.**

7          Dated: December 17, 2015

8                                                    
                                                     _____
9                                                    LAUREL BEELER
                                                     United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California