**ERIK S. SYVERSON (SBN 221933)**
esyverson@raineslaw.com
**SCOTT M. LESOWITZ (SBN 261759)**
slesowitz@raineslaw.com
**RAINES FELDMAN LLP**
9720 Wilshire Boulevard, 5th Floor
Beverly Hills, California 90212
Telephone:  (310) 440-4100
Facsimile:    (310) 691-1943

Attorneys for Plaintiff
GOES INTERNATIONAL AB

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOES INTERNATIONAL, AB, a corporation,<br><br>　　　　Plaintiffs,<br>　　v.<br>DODUR LTD. (天津市多德科技有限公司), a business entity; ZHOU MING (周明), an individual; LI ZHE (喆李), an individual; JOHN DOES 1-10,<br>　　　　Defendants. | Case No. 3:14-cv-05666-LB<br>[Magistrate Judge Laurel Beeler]<br>[Courtroom C – 15th Floor]<br><br>**[PROPOSED] ORDER RE APPROVAL FOR TELEPHONIC APPEARANCE**<br><br>Complaint Filed: December 30, 2014 |

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2  Plaintiff Goes International AB request approval to appear telephonically for
3  the Hearing Re Motion to Compel Discovery scheduled for January 28, 2016 at 9:30
4  in the above-captioned matter.

5  **IT IS HEREBY ORDERED that the request is granted.**
   Counsel to make arrangements through CourtCall.
6

7  DATED: January 27, 2016                    _____
8                                             HONORABLE LAUREL BEELER

*GOES International AB v. DODUR LTD., et al*　　　　　**[PROPOSED]** ORDER RE TELEPHONIC
USDC, Case No. 3:14-cv-05666-LB　　　　　　　　　　　　　　　　　　　APPEARANCE