1  **ERIK S. SYVERSON (SBN 221933)**
   esyverson@raineslaw.com
2  **SCOTT M. LESOWITZ (SBN 261759)**
   slesowitz@raineslaw.com
3  **RAINES FELDMAN LLP**
   9720 Wilshire Boulevard, 5th Floor
4  Beverly Hills, California 90212
   Telephone: (310) 440-4100
5  Facsimile:   (310) 691-1943
6
7  Attorneys for Plaintiff
   GOES INTERNATIONAL AB
8
9

### UNITED STATES DISTRICT COURT

### NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOES INTERNATIONAL, AB, a corporation,<br><br>    Plaintiffs,<br>  v.<br>DODUR LTD. (天津市多德科技有限公司), a business entity; ZHOU MING (周明), an individual; LI ZHE (喆李), an individual; JOHN DOES 1-10,<br>    Defendants. | Case No. 3:14-cv-05666-LB<br>[Magistrate Judge Laurel Beeler]<br>[Courtroom C – 15th Floor]<br><br>[PROPOSED] ORDER RE APPROVAL FOR TELEPHONIC APPEARANCE<br><br>Complaint Filed: December 30, 2014 |

1 | **TO THE COURT AND ALL PARTIES OF RECORD:**

2 |     Plaintiff Goes International AB request approval to appear telephonically for
3 | the Hearing Re Case Management Conference scheduled for March 17, 2016 at 9:30
4 | in the above-captioned matter.

5 |     **IT IS HEREBY ORDERED** that the request is granted.

6 |

7 | DATED: March 14, 2015

                                    HONORABLE LAUREL BEELER

8–28 |

---

*GOES International AB v. DODUR LTD., et al*        [PROPOSED] ORDER RE TELEPHONIC
USDC, Case No. 3:14-cv-05666-LB                                 APPEARANCE