UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GOES INTERNATIONAL, AB, a corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DODUR LTD. (天津市多德科技有限公司), a business entity;<br>ZHOU MING (周明), an individual;<br>LI ZHE (喆李), an individual;<br>JOHN DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:14-cv-05666-LB<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Goes International is a Swedish company that sells a bubble-shooting video game called *Bubble Bust!* (First Amended Complaint – ECF No. 127, 2, 5–8, 29.)[1] It sued Dodur Ltd. and its shareholders/game developers for copyright infringement, claiming that they copied *Bubble Bust!* and marketed infringing games called *Puzzle Bubble Free!* and *Puzzle Bubble Sea!* (*Id.* ¶¶ 1, 3, 12–15.) The defendants moved to dismiss for lack of personal jurisdiction; the court granted the motion in part, dismissing the individual defendants but finding personal jurisdiction against Dodur based on its distribution of games in the U.S., resulting in revenues generated from U.S. players, including from ads targeted to that U.S. audience. (Order – ECF No. 51 at 19.)

---

[1] Record citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER — No. 14-cv-05666-LB

Thereafter, and following the court's order granting Goes' motion to compel Dodur to produce discovery about damages, Dodur's attorney withdrew from the case. (Orders – ECF Nos. 84, 89.) On January 12, 2017, following Goes' motion, the court again ordered Dodur to produce discovery and name a Rule 30(b)(6) deponent; it also directed Dodur to name new counsel by February 6, 2017. (Motion – ECF No. 104; Order – ECF No. 109.) The court ordered Dodur to appear at a hearing on February 16, 2017, to show cause why it had not yet substituted in a new attorney to represent it. (*Id.*; Clerk's Notice – ECF No. 110.) Goes thereafter filed proof of service in English and Chinese. (Proof of Service and Update – ECF No. 113.)

Dodur did not appear at the hearing on February 16, 2017. (*See* Minute Entry – ECF No. 114.) Given the lack of appearance, the court allowed Goes to cancel its deposition of Dodur, apparently set in New York. (*Id.*) Dodur has a parent company in New York called Qihoo 360. (Supplemental Statement – ECF No. 105.)

The court now sets a further hearing for March 9, 2017, at 9:30 a.m., and vacates the 11:00 a.m. hearing on that date. At the hearing, Dodur must show cause why it has not named new counsel or produced the discovery that the court ordered. If it does not do so, it risks Goes' moving to strike its answer and then moving for default judgment against it.

The parties may participate at the hearing by telephone and may make arrangements for a telephonic appearance by calling CourtCall, 888-882-6878, at least two days before the hearing. If that process creates difficulty for Dodur, it may arrange a different means of participating by telephone by email to the court's orders box at lbpo@cand.uscourts.gov, again at least two days before the hearing.

Goes must serve Dodur. Also, the court's order permitting the withdrawal of Dodur's counsel required counsel to continue to serve Dodur. (Order – ECF No. 89 at 3.) Both counsel must file proof of service within two business days.

**IT IS SO ORDERED.**

Dated: February 26, 2017

*/s/ Laurel Beeler*

LAUREL BEELER
United States Magistrate Judge